# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   EDWARD E BREWER SR   §   Case No.: 09-03279
         IRENE BREWER         §
                              §
         Debtor(s)             §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/02/2009.

2) This case was confirmed on 05/06/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/06/2009, 05/06/2009, 05/06/2009, 05/20/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2011.

5) The case was converted on 07/01/2011.

6) Number of months from filing to the last payment: 28

7) Number of months case was pending: 31

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   46,053.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 22,509.00 |
| Less amount refunded to debtor | $ 3.66 |
| **NET RECEIPTS** | $ 22,505.34 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,600.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,467.03 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,067.03 |
| Attorney fees paid and disclosed by debtor | $ 400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 121,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | .00 | 19.20 | 19.20 | .00 |
| M & I MARSHALL & IIS | SECURED | 33,000.00 | 32,938.14 | .00 | .00 | .00 |
| M & I MARSHALL & IIS | SECURED | .00 | 348.60 | 185.00 | 67.18 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 277,000.00 | 276,330.87 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 40,000.00 | 39,207.70 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 6,768.97 | 6,918.97 | 2,639.16 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 250,000.00 | 250,000.00 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 35,000.00 | 34,699.84 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 5,391.70 | 5,391.70 | 2,056.59 | .00 |
| AURORA LOAN SERVICES | SECURED | 217,000.00 | 213,999.42 | .00 | .00 | .00 |
| AURORA LOAN SERVICES | SECURED | NA | 8,715.81 | 9,110.81 | 3,475.21 | .00 |
| CITY OF CHICAGO WATE | SECURED | 190.00 | .00 | 190.00 | 190.00 | 1.91 |
| CARMAX AUTO FINANCE | SECURED | 10,000.00 | 14,938.60 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 8,000.00 | 11,500.00 | 11,500.00 | 8,275.74 | 710.07 |
| ROUNDUP FUNDING LLC | UNSECURED | 11,320.94 | 11,328.93 | 11,328.93 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,157.86 | 2,227.54 | 2,227.54 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3,906.99 | 4,112.82 | 4,112.82 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,628.36 | 1,628.36 | 1,628.36 | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 103.50 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 904.58 | 947.11 | 947.11 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRA RECEIVABLES MANA | UNSECURED | 11,050.80 | 11,050.80 | 11,050.80 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,040.97 | 1,765.06 | 1,765.06 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,687.38 | 1,687.38 | 1,687.38 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,050.29 | 4,050.29 | 4,050.29 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,687.74 | 3,808.73 | 3,808.73 | .00 | .00 |
| DIRECTV | UNSECURED | 74.03 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 61.25 | NA | NA | .00 | .00 |
| MARIE JOHNSON | OTHER | NA | NA | NA | .00 | .00 |
| TARA SPIVEY | OTHER | NA | NA | NA | .00 | .00 |
| MISS RILEY | OTHER | NA | NA | NA | .00 | .00 |
| SHIRLEY IRVING | OTHER | NA | NA | NA | .00 | .00 |
| MISS JOHNSON | OTHER | NA | NA | NA | .00 | .00 |
| RAY ADAMS | OTHER | NA | NA | NA | .00 | .00 |
| TRACY ADAMS | OTHER | NA | NA | NA | .00 | .00 |
| MS LOWE | OTHER | NA | NA | NA | .00 | .00 |
| ANTONIO ADAMS | OTHER | NA | NA | NA | .00 | .00 |
| MISS HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| MISS PAGE | OTHER | NA | NA | NA | .00 | .00 |
| MISS HOLMAN | OTHER | NA | NA | NA | .00 | .00 |
| MISS ALEXANDER | OTHER | NA | NA | NA | .00 | .00 |
| DENISE WALKER | OTHER | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NA | 3,771.51 | 3,771.51 | .00 | .00 |
| AURORA LOAN SERVICES | OTHER | NA | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | NA | 1,960.19 | 1,960.19 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | 1,373.68 | 1,373.68 | 523.96 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | 1,256.50 | 1,256.50 | 479.29 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 13,382.79 | 13,382.79 | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 24,255.86 | 9,260.59 | .00 |
| Debt Secured by Vehicle | 11,500.00 | 8,275.74 | 710.07 |
| All Other Secured | 190.00 | 190.00 | 1.91 |
| **TOTAL SECURED:** | 35,945.86 | 17,726.33 | 711.98 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 61,721.51 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,067.03 |
| Disbursements to Creditors | $ | 18,438.31 |
| **TOTAL DISBURSEMENTS:** | $ | 22,505.34 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   08/24/2011                        /s/ Tom Vaughn
                                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**